UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOAM SOLUTIONS, LLC

    Plaintiff,

v.

VANGUARD FIRE AND SUPPLY
CO., d/b/a VANGUARD FIRE AND
SECURITY SYSTEMS,

    Defendant.

Case No. 23-cv-10538
Hon. Matthew F. Leitman

## ORDER ON JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO DISMISS PURSUANT TO *FED. R. CIV. P.* 12(b)(6) OR 12(c)

Having considered the Parties' Joint Stipulation Regarding Defendant's Motion to Dismiss Pursuant to *Fed. R. Civ. P.* 12(b)(6) or 12(c), and the Court being otherwise fully advised in the premise of such Stipulation, it is hereby ordered that:

1.    Defendant's Motion to Dismiss Pursuant to *Fed. R. Civ. P.* 12(b)(6) or 12(c) is granted in part;

2.    Plaintiff Foam Solutions, LLC's ("Foam Solutions") Patent No. 7,513,315 (the "Patent") expired on September 4, 2022 (the "Patent Expiration Date");

3.    Foam Solutions is not entitled to either injunctive relief or damages for patent infringement arising after the Patent Expiration Date;

1

4.     The Court further grants a 60-day stay of all discovery obligations to allow the Parties additional time to explore a potential early resolution in this matter. On January 12, 2024, or as soon thereafter as the Court's schedule will permit, the Court will hold a scheduling conference with the Parties to determine the dates and deadlines relative to this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2023